**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
D. AARON BROCK, STATE BAR NO. 241919
ab@brockgonzales.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
cb@brockgonzales.com
LINDSAY L. BOWDEN, STATE BAR NO. 318952
lb@brockgonzales.com

**Attorneys for Plaintiff**
TREILLE HART

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREILLE HART, an individual,<br>　　　　Plaintiff,<br>　vs.<br>UNUM GROUP, a Delaware corporation; and<br>DOES 1-50, inclusive,<br>　　　　Defendants. | Case No. 2:19-CV 19-2209 PA (SSx)<br>*Assigned to United States District Judge Percy Anderson*<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

///

**ORDER**

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: October 29, 2019

_____
Percy Anderson
United States District Court Judge